No. 12–7951. SOMERVILLE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7952. K. W. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 12–7955. DELOSSANTOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7960. ROWLS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–7962. SPRINGS *v.* ALLY FINANCIAL INC., FKA GMAC INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7963. MOROZOVA *v.* CALLOW. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–7965. PUGH *v.* HUGGINS. Ct. App. Ga. Certiorari denied.

No. 12–7976. TAGLIAFERRI ET AL. *v.* WINTER PARK HOUSING AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7977. PERNA *v.* LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7978. MOLYNEAUX *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–7979. PICKENS *v.* CHRONES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7980. ON *v.* HOUSTON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–7981. ODOMS *v.* SKOLNIK ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7984. MISSOURI *v.* BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7987. WATSON *v.* WRIGHT ET AL. C. A. 2d Cir. Certiorari denied.